NATHAN JOHNSTON, *Respondent, v.* ABRAM A. BARNES and others, *Appellants.*

ABRAM A. BARNES, *Appellant, v.* NATHAN JOHNSTON and others, *Respondents.* — Judgment in each case reversed, and new trial granted in each case before another referee, costs to abide event. Opinion by TALCOTT, P. J.

THE JOHNSTON HARVESTER COMPANY, *Appellant, v.* PETER MEINHARDT and others, *Respondents.* — Order appealed from affirmed, with ten dollars costs and disbursements. *Held,* that the acts not controverted, to restrain which an injunction was asked for, did not constitute an invasion of any clear right of property vested in the plaintiff; that it does not appear that such acts, whether done or threatened to be done, resulted or would have resulted in irreparable injury to the plaintiff; and that the discretion of the Special Term in refusing to continue the injunction was properly exercised.

SOPHIA DARLING *v.* ROBERT P. COLE and others.— Motion to amend order as asked for in the notice of motion granted, without costs of the motion to either party.

IN THE MATTER OF THE APPLICATION, etc., *v.* ALONZO BRADNER and another. — Motion to amend the order as asked for in the notice of motion granted.

JOSEPH COWELL, *Plaintiff, v.* THE VILLAGE OF WEEDSPORT, *Defendant.* — Refused to be heard because the case is not indexed.

CHARLES BURLINGAME, *as Assignee, etc., Respondent, v.* WILLIAM T. FONDA, *Appellant.* — Judgment affirmed.

JOSHUA W. CHASE, *Respondent, v.* DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, *Appellant.* — Judgment and order affirmed.

CHARLOTTE L. WRIGHT, *Appellant, v.* ANDREW J. READ, *Defendant.* — New trial denied and judgment ordered for defendant on the nonsuit. *Held,* that from the plaintiff's opening it appears that the intoxication of Charles H. Wright was not the proximate cause of his death.

A. DYONISIUS REMINGTON, *Appellant, v.* GIDEON TOWSLEY, *Respondent.* — Judgment and order affirmed